[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 619.]

THE STATE OF OHIO, APPELLANT, *v.* PILGRIM, APPELLEE.

[Cite as *State v. Pilgrim*, 1999-Ohio-210.]

*Criminal law—Where single indictment contains felony and misdemeanor counts, speedy-trial provisions in R.C. 2945.71(B) must be applied to the misdemeanor counts—Court of appeals' judgment affirmed on the authority of State v. Hughes.*

(No. 98-497—Submitted August 25, 1999—Decided September 29, 1999.)

APPEAL from the Court of Appeals for Pickaway County, Nos. 97CA2 and 97CA4.

———————————

*P. Eugene Long II*, Pickaway County Prosecuting Attorney, for appellant.

———————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Hughes* (1999), 86 Ohio St.3d 424, 715 N.E.2d 540.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

———————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I respectfully dissent from the majority's judgment for the reasons set forth in my dissent in *State v. Hughes* (1999), 86 Ohio St.3d 424, 715 N.E.2d 540.

———————————